**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

—————————————

**No. 09-7304**

—————————————

UNITED STATES OF AMERICA,

    Plaintiff – Appellee,

  v.

CHRISTOPHER HASTINGS,

    Defendant – Appellant.

—————————————

Appeal from the United States District Court for the District of South Carolina, at Charleston. Patrick Michael Duffy, District Judge. (2:98-cr-00600-PMD-1; 2:08-cv-70127-PMD)

—————————————

Submitted: October 30, 2009   Decided: December 28, 2009

—————————————

Before NIEMEYER, KING, and DUNCAN, Circuit Judges.

—————————————

Dismissed by unpublished per curiam opinion.

—————————————

Christopher Hastings, Appellant Pro Se. Matthew J. Modica, Assistant United States Attorney, Charleston, South Carolina, for Appellee.

—————————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Christopher Hastings seeks to appeal the district court's order denying relief on his 28 U.S.C.A. § 2255 (West Supp. 2009) motion. The order is not appealable unless a circuit justice or judge issues a certificate of appealability. 28 U.S.C. § 2253(c)(1) (2006). A certificate of appealability will not issue absent "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). A prisoner satisfies this standard by demonstrating that reasonable jurists would find that any assessment of the constitutional claims by the district court is debatable or wrong and that any dispositive procedural ruling by the district court is likewise debatable. Miller-El v. Cockrell, 537 U.S. 322, 336-38 (2003); Slack v. McDaniel, 529 U.S. 473, 484-85 (2000); Rose v. Lee, 252 F.3d 676, 683-84 (4th Cir. 2001). We have independently reviewed the record and conclude that Hastings has not made the requisite showing. Accordingly, we deny a certificate of appealability and dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2